UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 7:15-BK-70454-EVR |
| | § | |
| JOEL ROMERO | § | |
| GILDA GRACIELA ROMERO | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kevin P. Hanna, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $458,810.47 | Assets Exempt: | $15,146.69 |
| Total Distributions to Claimants: | $3,447.60 | Claims Discharged Without Payment: | $2,830,902.49 |
| Total Expenses of Administration: | $11,152.40 | | |

3) Total gross receipts of $14,600.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $14,600.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $487,136.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $12,152.40 | $6,390.40 | $11,152.40 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $748,672.45 | $748,612.06 | $748,612.06 | $3,447.60 |
| General Unsecured Claims (from **Exhibit 7**) | $1,066,299.05 | $270,766.53 | $270,766.53 | $0.00 |
| **Total Disbursements** | $2,302,107.50 | $1,031,530.99 | $1,025,768.99 | $14,600.00 |

4). This case was originally filed under chapter 7 on 09/04/2015. The case was pending for 60 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/04/2020</u>     By:  <u>/s/ Kevin P. Hanna</u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Spirit Trucking Adversary Case Settlement | 1149-000 | $14,600.00 |
| **TOTAL GROSS RECEIPTS** | | $14,600.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg | 4110-000 | $418,001.00 | $0.00 | $0.00 | $0.00 |
| | Security Service | 4110-000 | $37,605.00 | $0.00 | $0.00 | $0.00 |
| | Security Service | 4110-000 | $31,530.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $487,136.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kevin P. Hanna, Trustee | 2100-000 | NA | $2,210.00 | $2,210.00 | $2,210.00 |
| Independent Bank | 2600-000 | NA | $0.09 | $0.09 | $0.09 |
| Integrity Bank | 2600-000 | NA | $22.31 | $22.31 | $22.31 |
| Kevin P. Hanna, Attorney for Trustee | 3110-000 | NA | $7,720.00 | $1,958.00 | $7,720.00 |
| Kevin P Hanna, Attorney for Trustee | 3120-000 | NA | $1,200.00 | $1,200.00 | $200.00 |
| Kevin P. Hanna, Attorney for Trustee | 3120-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $12,152.40 | $6,390.40 | $11,152.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | $0.00 | $748,612.06 | $748,612.06 | $3,447.60 |
| | Internal Revenue Service | 5800-000 | $748,672.45 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$748,672.45** | **$748,612.06** | **$748,612.06** | **$3,447.60** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $431.86 | $431.86 | $0.00 |
| 2 | Discover Bank | 7100-000 | $0.00 | $6,961.53 | $6,961.53 | $0.00 |
| 3a | Internal Revenue Service | 7100-000 | $0.00 | $199,204.02 | $199,204.02 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $302.25 | $302.25 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $2,690.80 | $2,690.80 | $0.00 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $2,963.03 | $2,963.03 | $0.00 |
| 7 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $9,940.42 | $9,940.42 | $0.00 |
| 8 | Texas Workforce Commission | 7200-000 | $0.00 | $48,272.62 | $48,272.62 | $0.00 |
| | Ahern Rentals, Inc. | 7100-000 | $125,000.00 | $0.00 | $0.00 | $0.00 |
| | Alamo Heights Minor ER Clinic | 7100-000 | $25.00 | $0.00 | $0.00 | $0.00 |
| | AT&T Credit & Collections | 7100-000 | $375.02 | $0.00 | $0.00 | $0.00 |
| | AT&T Mobility | 7100-000 | $241.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $3,073.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $2,778.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $363.00 | $0.00 | $0.00 | $0.00 |
| | Carlos Yzaguirre | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | CH Robinson Company | 7100-000 | $13,500.00 | $0.00 | $0.00 | $0.00 |
| | City of Arlington, Texas Police Dept. | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | City of San Antonio Municipal Court | 7100-000 | $30.00 | $0.00 | $0.00 | $0.00 |
| | Discover Fin Svcs Llc | 7100-000 | $6,948.50 | $0.00 | $0.00 | $0.00 |
| | Discover Fin Svcs Llc | 7100-000 | $456.00 | $0.00 | $0.00 | $0.00 |
| | Enhanced | 7100-000 | $138.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Recovery Corp | | | | | |
| | General Electric Capital Corporation | 7100-000 | $322,497.83 | $0.00 | $0.00 | $0.00 |
| | Greater San Antonio Emergency Physicians | 7100-000 | $42.31 | $0.00 | $0.00 | $0.00 |
| | Harvard Collection | 7100-000 | $776.00 | $0.00 | $0.00 | $0.00 |
| | Link Staffing Services | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | Metropolitan Methodist Hospital | 7100-000 | $295.80 | $0.00 | $0.00 | $0.00 |
| | Municipal Services Bureau | 7100-000 | $63.61 | $0.00 | $0.00 | $0.00 |
| | MVBA | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | Navistar Financial Corporation | 7100-000 | $196,287.74 | $0.00 | $0.00 | $0.00 |
| | North Texas Tollway Authority | 7100-000 | $43.68 | $0.00 | $0.00 | $0.00 |
| | P-Cots, LLC | 7100-000 | $230,000.00 | $0.00 | $0.00 | $0.00 |
| | Pawnee Leasing Corporation | 7100-000 | $14,514.92 | $0.00 | $0.00 | $0.00 |
| | Santex Truck Center LTD | 7100-000 | $17,688.12 | $0.00 | $0.00 | $0.00 |
| | Southwest Credit | 7100-000 | $72.68 | $0.00 | $0.00 | $0.00 |
| | Texas Department of Transportation | 7100-000 | $133.53 | $0.00 | $0.00 | $0.00 |
| | Texas Tollways | 7100-000 | $133.92 | $0.00 | $0.00 | $0.00 |
| | The F&M Bank & Trust Company | 7100-000 | $95,000.00 | $0.00 | $0.00 | $0.00 |
| | TX Tag | 7100-000 | $381.19 | $0.00 | $0.00 | $0.00 |
| | Verizon Wireless | 7100-000 | $327.34 | $0.00 | $0.00 | $0.00 |
| | Via Cantera Homeowners Association | 7100-000 | $9,655.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo | 7100-000 | $10,107.86 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,066,299.05 | $270,766.53 | $270,766.53 | $0.00 |

| Case No.: | 15-70454-EVR | Trustee Name: | Kevin P. Hanna |
| Case Name: | ROMERO, JOEL AND ROMERO, GILDA GRACIELA | Date Filed (f) or Converted (c): | 09/04/2015 (f) |
| For the Period Ending: | 9/4/2020 | §341(a) Meeting Date: | 10/21/2015 |
| | | Claims Bar Date: | 04/26/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  HOMESTEAD 8117 N. 1ST STREET MCALLEN, TEXAS 78504 | $387,106.00 | $0.00 | | $0.00 | FA |
| 2  Cash | $500.00 | $500.00 | | $0.00 | FA |
| 3  Capital One Bank Checking Account Account No. xxxxx8456 Styled as Gilda Romero | $5,521.69 | $0.00 | | $0.00 | FA |
| 4  Wells Fargo Checking Account Account No. xxxxx1052 Styled as Gilda Romero & Joel Romero | $0.00 | $0.00 | | $0.00 | FA |
| 5  Living Room Furnishings Sofa - $200.00 Tables - $75.00 Shelves - $50.00 Television - $800.00 Surround Sound - $300.00 Paintings (8) - $400.00 | $1,825.00 | $0.00 | | $0.00 | FA |
| 6  Family Room Furnishings Sofas - $500.00 Lounge Chairs - $200.00 Table - $50.00 Shelves - $150.00 Armoire - $100.00 Bar Stools (4) - $60.00 Paintings (8) - $400.00 Television - $500.00 Pool Table - $100.00 | $2,060.00 | $0.00 | | $0.00 | FA |
| 7  Bedroom #1 Furnishings | $900.00 | $0.00 | | $0.00 | FA |
| 8  Bedroom #2 Furnishings Full bed - $50.00 Desk - $25.00 Shelves - $100.00 Television - $100.00 Table - $25.00 | $300.00 | $0.00 | | $0.00 | FA |
| 9  Bedroom #3 Furnishings King Bed - $250.00 Tables - $100.00 Television - $50.00 Paintings (3) - $100.00 | $500.00 | $0.00 | | $0.00 | FA |
| 10 Office Furnishings Loveseat - $150.00 Television - $50.00 Desks - $50.00 Dresser - $50.00 Coffee Table - $50.00 Paintings (3) - $100.00 | $450.00 | $0.00 | | $0.00 | FA |
| 11 Kitchen Furnishings Barstools (3) - $75.00 Dining Table & Chairs - $450.00 Refrigerator - $100.00 Pots & Pans - $75.00 Washer/Dryer - $200.00 Paintings (4) - $100.00 | $1,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 15-70454-EVR | Trustee Name: | Kevin P. Hanna |
| Case Name: | ROMERO, JOEL AND ROMERO, GILDA GRACIELA | Date Filed (f) or Converted (c): | 09/04/2015 (f) |
| For the Period Ending: | 9/4/2020 | §341(a) Meeting Date: | 10/21/2015 |
| | | Claims Bar Date: | 04/26/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12 | Workout Equipment | $150.00 | $0.00 | | $0.00 | FA |
| 13 | Outdoor Furnishings | $40.00 | $0.00 | | $0.00 | FA |
| 14 | Lamps & accessories | $400.00 | $0.00 | | $0.00 | FA |
| 15 | Wearing Apparel for Joel Romero & Gilda Romero | $1,000.00 | $0.00 | | $0.00 | FA |
| 16 | Jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 17 | Hospitalists Now, Inc. 2008 Stock Plan | $150.00 | $150.00 | | $0.00 | FA |
| 18 | 2012 Tax Refund *IRS will offset | $8,176.29 | $8,176.29 | | $0.00 | FA |
| 19 | 2013 Tax Refund *IRS will offset | $3,498.13 | $3,498.13 | | $0.00 | FA |
| 20 | 2014 Tax Refund *IRS will offset | $6,754.11 | $6,754.11 | | $0.00 | FA |
| 21 | 2013 Toyota Rav 4 VIN: 2T3RFREVXDW080603 | $20,303.00 | $0.00 | | $0.00 | FA |
| 22 | 2013 Toyota 4 Runner VIN: JTEBU5JR7D5146391 | $30,775.00 | $0.00 | | $0.00 | FA |
| 23 | 2007 Honda VIN: JH2AF60617K300372 Belongs to son | $1,547.94 | $1,547.94 | | $0.00 | FA |
| 24 | Yorkie Terrier 12 years old C | $0.00 | $0.00 | | $0.00 | FA |
| 25 | Spirit Trucking Adversary Case Settlement (u) | $0.00 | $0.00 | | $14,600.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $473,957.16 | $20,626.47 | | $14,600.00 | $0.00 |

---

**Major Activities affecting case closing:**

10/25/2017    Debtor still paying remainder of settlement.
05/10/2017    Trustee will continue to collect settlement money until Debtor completes payments.
10/21/2016    Trustee attended a status hearing on 10/19/2016 regarding why an agreement on a compromise and settlement could not be reached. Debtors stating they could not come up with money to pay proposed Spirit Trucking settlement. Debtors' attorney requested Trustee reduce the settlement amount. Trustee refused.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit 8

| Case No.: | 15-70454-EVR | | Trustee Name: | Kevin P. Hanna |
|---|---|---|---|---|
| Case Name: | ROMERO, JOEL AND ROMERO, GILDA GRACIELA | | Date Filed (f) or Converted (c): | 09/04/2015 (f) |
| For the Period Ending: | 9/4/2020 | | §341(a) Meeting Date: | 10/21/2015 |
| | | | Claims Bar Date: | 04/26/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/30/2016  - Jeannine Holland 4/30/2016
Trustee is in the process of intervening in fraudulent transfer adversary filed by Spirit Truck which he believes belongs to the Estate.
Additionally, Trustee highly suspects these Debtors are potentially well off and intends to pursue investigation on behalf of the Creditors. Trustee has had difficulty obtaining documents from Debtors and Debtors' attorney.
[Jeannine Holland 2016-05-01 04:42:01]

Initial Projected Date Of Final Report (TFR):     Current Projected Date Of Final Report (TFR):   11/01/2019     /s/ KEVIN P. HANNA
                                                                                                              KEVIN P. HANNA

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-70454-EVR | Trustee Name: | Kevin P. Hanna |
|---|---|---|---|
| Case Name: | ROMERO, JOEL AND ROMERO, GILDA GRACIELA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4411 | Checking Acct #: | ******0454 |
| Co-Debtor Taxpayer ID #: | **-***4412 | Account Title: | |
| For Period Beginning: | 9/4/2015 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/4/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/08/2017 | (25) | Gilda Romero | Adversary lawsuit-Spirit Trucking | 1249-000 | $6,000.00 | | $6,000.00 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.87 | $5,993.13 |
| 02/24/2017 | 101 | Kevin P. Hanna | First installment on Order granting Attorney fees in installments (Doc 85) | 3110-000 | | $4,512.00 | $1,481.13 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.49 | $1,472.64 |
| 03/06/2017 | (25) | Gilda Romero | Cashier's Check from Capital One | 1149-000 | $400.00 | | $1,872.64 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.89 | $1,869.75 |
| 04/04/2017 | (25) | Capital One Cashier's Check for Gilda Romero | Spirit Trucking Settlement payment (Doc. 54) | 1149-000 | $400.00 | | $2,269.75 |
| 04/19/2017 | 102 | Kevin P. Hanna | Second installment Order to issue installment payments for Attorney's fee (Doc 85) | 3110-000 | | $1,250.00 | $1,019.75 |
| 04/27/2017 | 103 | Kevin P. Hanna | Third installment Atty fees for remaining $558.00 (Doc. 85 Order signed on 2/24/2017) | 3110-000 | | $558.00 | $461.75 |
| 04/27/2017 | 104 | Kevin P Hanna | Fourth Installment payment  Fourth Installment (Doc. 85 Order signed on 2/24/2017) | 3120-000 | | $200.00 | $261.75 |
| 04/28/2017 | (25) | Gilda Romero (Capital One Cashier's Check) | Spirit Trucking Settlement payment (Doc. 54) | 1149-000 | $400.00 | | $661.75 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.67 | $659.08 |
| 05/03/2017 | 105 | Kevin P. Hanna | Check issued by mistake | 3120-003 | | $500.00 | $159.08 |
| 05/03/2017 | 105 | VOID: Kevin P. Hanna | Check issued by mistake | 3120-003 | | ($500.00) | $659.08 |
| 05/03/2017 | 106 | Kevin P. Hanna | Fifth and final installment payment for Attorney fees (Doc. 85 Order signed on 2/24/2017) | 3120-000 | | $500.00 | $159.08 |
| 05/03/2017 | 107 | Kevin P. Hanna | check issued by mistake | 3120-003 | | $500.00 | ($340.92) |
| 05/03/2017 | 107 | VOID: Kevin P. Hanna | check issued by mistake | 3120-003 | | ($500.00) | $159.08 |
| 05/21/2017 | (25) | Gilda Romero | Spirit Trucking Settlement payment (Doc. 54) | 1149-000 | $400.00 | | $559.08 |
| 05/23/2017 | 108 | Kevin P. Hanna | Third and Final Installment of Atty Expenses (Doc. 85 Signed on 2/24/2017) | 3120-000 | | $500.00 | $59.08 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.28 | $58.80 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $58.72 |
| | | | SUBTOTALS | | $7,600.00 | $7,541.28 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-70454-EVR | | Trustee Name: | Kevin P. Hanna |
|---|---|---|---|---|
| Case Name: | ROMERO, JOEL AND ROMERO, GILDA GRACIELA | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4411 | | Checking Acct #: | ******0454 |
| Co-Debtor Taxpayer ID #: | **-***4412 | | Account Title: | |
| For Period Beginning: | 9/4/2015 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/4/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $58.64 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $58.56 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $58.48 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $58.40 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $58.32 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $58.24 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $58.16 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.07 | $58.09 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $58.01 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $57.93 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $57.85 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $57.77 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.08 | $57.69 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.01 | $57.68 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($0.01) | $57.69 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1.00 | $56.69 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1.00) | $57.69 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.09 | $57.60 |
| 01/12/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $457.60 |
| 01/12/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $857.60 |
| 01/12/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $1,257.60 |
| 01/12/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $1,657.60 |
| 01/12/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $2,057.60 |
| 01/12/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $2,457.60 |
| 01/12/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $2,857.60 |
| 01/12/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $3,257.60 |
| 01/12/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $3,657.60 |
| | | | **SUBTOTALS** | | $3,600.00 | $1.12 | |

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-70454-EVR | | Trustee Name: | Kevin P. Hanna |
|---|---|---|---|---|
| Case Name: | ROMERO, JOEL AND ROMERO, GILDA GRACIELA | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4411 | | Checking Acct #: | ******0454 |
| Co-Debtor Taxpayer ID #: | **-***4412 | | Account Title: | |
| For Period Beginning: | 9/4/2015 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/4/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/12/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $4,057.60 |
| 02/19/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $200.00 | | $4,257.60 |
| 02/19/2019 | (25) | Gilda Romero | Spirit Trucking Settlement Payment | 1149-000 | $400.00 | | $4,657.60 |
| 11/07/2019 | (25) | Gilda G. Romero | Payments for August 2017, September 2017, and June 2018 | 1149-000 | $1,200.00 | | $5,857.60 |
| 12/02/2019 | 109 | Kevin P. Hanna | Order granting Attorneys fees (Doc. 127) | 3110-000 | | $1,400.00 | $4,457.60 |
| 01/21/2020 | (25) | GILDA GRACIELA ROMERO | Spirit Trucking Settlement Payment Settlement payment (Doc. 54) | 1149-000 | $1,200.00 | | $5,657.60 |
| 05/07/2020 | 110 | Kevin P. Hanna | Trustee Compensation | 2100-000 | | $2,210.00 | $3,447.60 |
| 05/07/2020 | 111 | Internal Revenue Service | Distribution on Claim #: 3; Amount Allowed: 748,612.06; Claim #: 3; Distribution Dividend: 0.46; | 5800-000 | | $3,447.60 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $14,600.00 | $14,600.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $14,600.00 | $14,600.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $14,600.00 | $14,600.00 | |

| For the period of 9/4/2015 to 9/4/2020 | | For the entire history of the account between 01/08/2017 to 9/4/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,600.00 | Total Compensable Receipts: | $14,600.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,600.00 | Total Comp/Non Comp Receipts: | $14,600.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14,600.00 | Total Compensable Disbursements: | $14,600.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,600.00 | Total Comp/Non Comp Disbursements: | $14,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4 Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-70454-EVR | Trustee Name: | Kevin P. Hanna |
|---|---|---|---|
| Case Name: | ROMERO, JOEL AND ROMERO, GILDA GRACIELA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4411 | Checking Acct #: | ******0454 |
| Co-Debtor Taxpayer ID #: | **-***4412 | Account Title: | |
| For Period Beginning: | 9/4/2015 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/4/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $14,600.00 | $14,600.00 | $0.00 |

**For the period of 9/4/2015 to 9/4/2020**

| | |
|---|---|
| Total Compensable Receipts: | $14,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/04/2015 to 9/4/2020**

| | |
|---|---|
| Total Compensable Receipts: | $14,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KEVIN P. HANNA

KEVIN P. HANNA